Scott J. Street (SBN 258962)
**JW HOWARD/ATTORNEYS, LTD.**
201 South Lake Avenue, Suite 303
Pasadena, CA 91101
Tel.: (213) 205-2800
Email: sstreet@jwhowardattorneys.com

Attorneys for Plaintiff
DAN BILZERIAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BILZERIAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>IGNITE INTERNATIONAL BRANDS, LTD.,<br><br>　　　　　　　Defendant. | Case No. 2:25-cv-04202-RGK-E<br><br>[Assigned to the Honorable Gary Klausner]<br><br>**STIPULATED DISMISSAL WITHOUT PREJUDICE [FED. R. CIV. P. 41]** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Dan Bilzerian and Defendant Ignite International Brands, Ltd., hereby stipulate to the dismissal of the case without prejudice.

Respectfully submitted,

DATED: February 23, 2026          JW HOWARD/ATTORNEYS, LTD.

By:  */s Scott J. Street*
Scott J. Street
Attorneys for Plaintiff
DAN BILZERIAN

DATED: February 23, 2026          GARMER TURNER GORDON

By:  */s Steven Kish III*
Steven Kish III
Attorneys for Defendant
IGNITE INTERNATIONAL BRANDS, LTD.

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On February 23, 2026, I electronically filed the **STIPULATED DISMISSAL WITHOUT PREJUDICE [FED. R. CIV. P. 41]** and served the documents using the Court's Electronic CM/ECF Service which will send electronic notification of such filing to all registered counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 23, 2026, at San Diego, California.

*/s/ Dayna Dang*
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com